UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BERESNEV SERGEEVICH,<br><br>Plaintiff,<br><br>v.<br><br>NEKRASOV ROSTISLAV DENISOVICH,<br><br>Defendant. | CASE NO. 2:23-cv-01331-JHC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On August 24, 2023, Plaintiff filed an application to proceed *in forma pauperis* and a proposed Complaint. Dkt. 1; 1-1. A Notice of Filing Deficiency was sent to Plaintiff on August 28, 2023. The Court, limited to the issue of whether Plaintiff qualifies to proceed *in forma pauperis*, **GRANTS** his application under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 30th day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1