UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BERESNEV SERGEEVICH, | CASE NO. 2:23-cv-01331-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NEKRASOV ROSTISLAV DENISOVICH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The matter comes before the Court on self-represented Plaintiff Artem Beresnev Sergeevich's Complaint. Dkt. # 4. Sergeevich alleges that Defendant Nekrasov Rostislav Denisovich reproduced, distributed, and publicly displayed Sergeevich's copyrighted work, in violation of the United States Copyright Act. *See* 17 U.S.C. § 101, *et seq.*; Dkt. ## 4, 7.

Local Rule 3(a) requires that:

All civil actions in which jurisdiction is invoked in whole or in part under 28 U.S.C. § 1338 (regarding patents, copyrights and trademarks) shall be accompanied by the required notice to the Patent and Trademark Office, Form AO 120, in patent and trademark matters, and by the required notice, Form AO 121, in copyright matters.

MINUTE ORDER - 1

This rule clarifies that "[t]hese forms are available on the court's website and on the U.S. Courts website at www.uscourts.gov." LAR 3(a).

Recognizing that, on August 28, 2023, the Clerk of Court noted that Sergeevich did not comply with this rule, *see* Dkt. # 2, the Court DIRECTS him to email the appropriate form (Form AO 120 and/or Form AO 121) to newcases.seattle@wawd.uscourts.gov. Failure to correct this filing deficiency within fourteen (14) days of the issuance of this order will result in the dismissal of this action by the Court.

Dated this 2nd day of November 2023.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2